**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                                                                        Case No.  8:05-cv-1081-T-24MAP

CORRAINE E. YOUNG,

          Defendant.
_____/

**ORDER**

      This cause comes before the Court on Plaintiff's Notice of Dismissal (Doc. No. 4). Under Fed. R. Civ. P. 41(a)(1), "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. . .."  In the case at bar, Plaintiff has not yet perfected service on Defendant.  Therefore, Plaintiff may voluntarily dismiss the action without prejudice.

      Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Notice of Dismissal (Doc. No. 4) is **GRANTED**.  The clerk is directed to **CLOSE** this case and terminate any pending motions.

      **DONE AND ORDERED** at Tampa, Florida, this 19th day of August, 2005.

                                                                       SUSAN C. BUCKLEW
                                                                     United States District Judge

Copies to:
Counsel of Record